# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:04-cv-00759-MSK-MJW

COLDWELL BANKER REAL ESTATE CORPORATION, a California corporation,

    Plaintiff,

v.

CBC FRONT RANGE, LLC, a Colorado limited liability company,
JAY CARLSON, an individual,
J.P. ROBERT NOLETTE, III, an individual, and
ROBERT COPE, an individual,

    Defendants and Counterclaimants.

___

## ORDER DISMISSING CASE WITH PREJUDICE AND
## VACATING FUTURE COURT DATES

___

THIS MATTER comes before the Court on the parties' "Joint Motion to Dismiss with Prejudice" filed on July 5, 2005. Having considered the same, the Court

**HEREBY ORDERS** that:

1.    The Trial Preparation Conference scheduled for July 8, 2005 at 8:00 a.m. is **VACATED**.

2.    The trial in this matter scheduled to commence August 8, 2005 at 1:00 p.m. is **VACATED**.

This case is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated this 6th day of July, 2005.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge